## Thomas Brown v. Jacob Huber.

1. Judgments by Confession—*Where the Evidence on a Motion to Vacate Is Conflicting.*—Where the evidence on a motion to vacate a judgment by confession is conflicting, and the contested matter in doubt, the motion should be allowed.

Motion to Vacate Confession.—Appeal from the Circuit Court of Cook County; the Hon. Abner Smith, Judge. presiding. Heard in this Court at the March term, 1898; reversed and remanded. Opinion filed December 6, 1898. Not reported.

ALBION CATE, attorney for appellant.

IVES & MASON, attorneys for appellee.

Judgment by confession on .promissory note, at suit of assignee; motion for leave to plead, judgment to stand as security; affidavit of defendant in support of motion, alleging failure of consideration, and notice to plaintiff thereof before assignment; counter affidavit denying notice; motion overruled and appeal.

Held, that the evidence being conflicting and the contested matter in doubt, the motion should have been allowed, citing Condon v. Besse, 86 Ill. 159.

Order reversed and cause remanded.